**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ROSALYN DENISE BALL,

Plaintiff,

v. No. 1:26-cv-03548-KG-JFR

ARC THRIFT STORE,

Defendant.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

*Pro se* Plaintiff filed her Complaint using the form "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983." Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, Doc. 1, filed October 20, 2026 ("Complaint"). Plaintiff states that during her employment with Defendant, her supervisor gave her permission to get ice from the common breakroom for her sore hand. Plaintiff alleges "a Hispanic lady" ordered Plaintiff to leave because Plaintiff was not authorized to be there. Plaintiff alleges she was then terminated because she was "disrespectful." Plaintiff also alleges she "was terminated because I am a Black Female." Complaint at 3.

United States Magistrate Judge John F. Robbenhaar notified Plaintiff the Complaint fails to state a civil rights claim pursuant to 42 U.S.C. § 1983 and fails to state discrimination claims pursuant to Title VII of the Civil Rights Act, explained the elements necessary to state claims pursuant to Section 1983 and Title VII, and ordered Plaintiff to file an amended Complaint. *See* Order for Amended Complaint, Doc. 5, filed October 22, 2026 (notifying Plaintiff that failure to timely file an amended complaint may result in dismissal of this case). Plaintiff did not file an amended complaint or otherwise respond to Judge Robbenhaar's Order by the November 12, 2026, deadline.

The Court dismisses this case without prejudice because Plaintiff has not complied with Judge Robbenhaar's Order to file an amended complaint. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed.Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.